```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/3/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
GIANNIS ANTETOKOUNMPO,

        Plaintiff,

    - against -

MAX D COOK d/b/a COURTSIDE ATTIRE

        Defendant.
- - - - - - - - - - - - - - - - - -X

20 Civ. 6767 (LLS)

ORDER

It having been reported to the court that this action is settled, it is

ORDERED, that this action is dismissed with prejudice but without costs; provided, however, that within thirty days of the date of this order either party may apply by letter for restoration of the action to the court's calendar.

So ordered.

Dated: New York, N.Y.
      December 3, 2020

                                            *Louis L. Stanton*
                                            Louis L. Stanton
                                                U.S.D.J.